UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00042 |
| ) | JUDGE SHARP |
| SERGIO CHAVEZ-LOPEZ ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, February 18, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE